DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 333P12 | State v. Mohamed Saleh Ahmed | 1. Def's NOA Based Upon a Constitutional Question (COA12-27) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 334P12 | State v. Billy Ray Bridges | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1196) | Denied |
| 336P12 | State v. Tony Antwain Burch | 1. Def's *Pro Se* PWC to Review Decision of COA (COA10-1199) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 338P12 | State v. Timothy James Webster | 1. Def's *Pro Se* Motion for PDR (COAP12-565) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 339P12 | State v. Alfred Manga Bell | Def's PDR Under N.C.G.S. § 7A-31 (COA11-864) | Denied |
| 341P12 | State v. Donald Durant Farrow | Def's *Pro Se* PDR (COAP12-529) | Denied |
| 342P12 | James Hutchens, Employee v. Alex Lee, Employer, Self-Insured (Broadspire, a Crawford Co., Servicing Agent) | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-112) | 1. Denied |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 343P12 | State v. Gary Lamont Pemberton | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1555) | Denied |